IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE WILLIAM BISPHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-775-WHA |
| | ) (WO) |
| | ) |
| OFFICER BOBBY CLECKLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against the Chilton County Sheriff's Department are DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Chilton County Sheriff's Department is DISMISSED as a party to this cause of action; and

4. This case, with respect to the claims against the remaining defendant, is referred

back to the Magistrate Judge for appropriate proceedings.

Done this 17th day of October, 2011.

/s/ W.Harold Albritton
UNITED STATES DISTRICT JUDGE