IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE WILLIAM BISPHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv775-WHA |
| | ) |
| OFFICER BOBBY CLECKLER, | )          (wo) |
| | ) |
| Defendant. | ) |

## ORDER

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), entered on October 23, 2012, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion for Summary Judgment (Doc. #12) is GRANTED to the extent that the Defendant seeks dismissal of this case due to the Plaintiff's failure to properly exhaust any administrative remedy available to him at the Chilton County Jail, and this case is DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a).

DONE this 13th day of November, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE